UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

EDDIE L. DILLARD,

    Petitioner,

                                                               Case No. 03-CV-71269
vs.                                                      HON. GEORGE CARAM STEEH

WILLIE O. SMITH, (WARDEN),

    Defendant.
_____/

## ORDER DENYING PETITIONER'S MOTION FOR RECONSIDERATION (#58)

Petitioner Eddie Dillard moves for reconsideration of this court's June 18, 2008 Order denying his motion for relief from judgment under Rule 60(b)(3) for fraud, misrepresentation, or misconduct by an opposing party. The court denied the motion as untimely, and as frivolous in arguing that Detroit Recorder's Court Judge Terrance Boyle lacked jurisdiction to impose the state court conviction and sentence because Judge Boyle was never administered an oath of office in the State of Michigan in violation of 4 U.S.C. § 102. Dillard's instant motion for reconsideration simply reiterates the same frivolous arguments. Accordingly, and pursuant to Eastern District of Michigan Local Rule 7.1(g)(3),

Petitioner's motion for reconsideration is hereby DENIED.

SO ORDERED.

Dated: September 9, 2008

                                                       s/George Caram Steeh
                                                       GEORGE CARAM STEEH
                                                       UNITED STATES DISTRICT JUDGE

---

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on
September 9, 2008, by electronic and/or ordinary mail.

s/Josephine Chaffee
Deputy Clerk