UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

EDDIE L. DILLARD #254178,

    Plaintiff,

vs.

Case No. 03-71269
HON. GEORGE CARAM STEEH

SHERRY BURT,

    Defendant.
_____/

## ORDER DENYING PETITIONER'S MOTION TO REHEAR THE ORDER OF MARCH 3, 2010 (DOC. 101)

The Court denied petitioner Eddie Dillard's application for writ of habeas corpus, brought pursuant to 28 U.S.C. § 2254, on June 2, 2004, finding that his claims were without merit. The Court also denied a certificate of appealability. The Court of Appeals for the Sixth Circuit dismissed petitioner's appeal. Petitioner thereafter filed a series of motions for relief from judgment which were denied as frivolous and untimely. The Court denied one such motion on February 2, 2010. Petitioner filed a motion for reconsideration along with a motion for a certificate of appealability and a motion to proceed *in forma pauperis* on appeal. The Court denied these motions on March 3, 2010. This matter is presently

- 1 -

before the Court on Petitioner's Motion to Rehear the Order of March 3, 2010 pursuant to Local Rule 7.1(h).  (Doc. 101).

E.D. Mich. L.R. 7.1(h) governs motions for rehearing or reconsideration.  These motions "must be filed within 14 days after entry of the judgment or order."  *Id.*  Petitioner's motion was filed over seven years after the proscribed deadline.  It is untimely, and therefore, is DENIED.

IT IS SO ORDERED.

Dated:  August 24, 2017

> s/George Caram Steeh
> GEORGE CARAM STEEH
> UNITED STATES DISTRICT JUDGE

---

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on August 24, 2017, by electronic and/or ordinary mail and also on Eddie Dillard #254178, West Shoreline Correctional Facility, 2500 S. Sheridan Drive, Muskegon Heights, MI 49444.

s/Marcia Beauchemin
Deputy Clerk