UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

EDDIE L. DILLARD #254178,

    Plaintiff,

vs.

Case No. 03-71269
HON. GEORGE CARAM STEEH

SHERRY BURT,

    Defendant.
_____/

## ORDER STRIKING PETITIONER'S PETITION (DOC. 103)

The Court denied petitioner Eddie Dillard's application for writ of habeas corpus, brought pursuant to 28 U.S.C. § 2254, on June 2, 2004, finding that his claims were without merit. The Court also denied a certificate of appealability. The Court of Appeals for the Sixth Circuit dismissed petitioner's appeal. Dillard thereafter filed a series of motions for relief from judgment which were denied as frivolous and untimely. In September 2015, the Court enjoined Dillard from "filing any motion or request for relief from judgment in this case based on the same arguments that have been rejected." (Doc. 90). This matter is presently before the Court on Dillard's petition to revisit and correct his application. (Doc. 103).[1]

---

[1] In addition to mailing the petition, Dillard enclosed copies of his correspondence and filing with a Michigan court. This court shall mail these papers back to Dillard along with a copy of this order.

1

Dillard's petition includes arguments to reconsider findings in the report and recommendation, (Doc. 35), regarding ineffective assistance of counsel and the double jeopardy clause. These arguments were previously rejected. Dillard's petition therefore violates the Court's September 2015 order and shall be STRICKEN.

IT IS SO ORDERED.

Dated: January 2, 2018

S/George Caram Steeh
GEORGE CARAM STEEH
UNITED STATES DISTRICT JUDGE

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record and on
Eddie L. Dillard #254178, West Shoreline Corr. Facility,
2500 S. Sheridan Dr., Muskegon Heights, MI 49444 on
January 2, 2018, by electronic and/or ordinary mail.

s/Marcia Beauchemin
Deputy Clerk