UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

EDDIE L. DILLARD,

        Petitioner,        Civil Action No. 03-71269-DT
v.        HON. GEORGE CARAM STEEH
        UNITED STATES DISTRICT JUDGE

SHERRY BURT,

        Respondent.
_____/

ORDER STRIKING PETITIONER'S MOTION TO TRANSFER CASE TO THE UNITED STATES COURT OF APPEALS FOR THE SIXTH CIRCUIT (DOC. 115) AND THE REQUEST TO REOPEN THE CASE (DOC. 116)

The Court denied petitioner Eddie Dillard's application for writ of habeas corpus, brought pursuant to 28 U.S.C. § 2254, on June 2, 2004, finding that his claims were without merit. The Court also denied a certificate of appealability. The Court of Appeals for the Sixth Circuit dismissed petitioner's appeal. Dillard thereafter filed a series of motions for relief from judgment which were denied as frivolous and untimely. In September 2015, the Court enjoined Dillard from "filing any motion or request for relief from judgment in this case based on the same arguments that have been rejected." (Doc. 90). On October 24, 2019, this Court denied and struck petitioner's motion for rehearing and again prohibited him from filing any further motion for rehearing or reconsideration in this

case, denied petitioner a certificate of appealability or leave to appeal *in forma pauperis*.

This matter is presently before the Court on Dillard's motion to transfer the case to the Sixth Circuit and his request to reopen the case. (Docs. 115 and 116).

Petitioner's motion and request to reopen again raise the same arguments that he raised in his initial habeas petition, his appeal, and in his subsequent motions for relief from judgment. These arguments were previously rejected. Petitioner's motion and request violate the Court's September 2015 and October 2019 orders and shall be STRICKEN.

IT IS SO ORDERED.

Dated: April 17, 2020      s/George Caram Steeh
                           GEORGE CARAM STEEH
                           UNITED STATES DISTRICT JUDGE

---

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on April 17, 2020, by electronic and/or ordinary mail and also on Eddie Dillard #254178, Cooper Street Correctional Facility, 3100 Cooper Street, Jackson, MI 49201.

s/Brianna Sauve
Deputy Clerk